FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KATHY STAMPS,

Defendant - Appellant.

No. 11-50252

D.C. No. 2:08-cr-00566-CAS-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

Argued and Submitted November 6, 2012
Pasadena, California

Before:     **KOZINSKI**, Chief Judge, **REINHARDT** and **THOMAS**, Circuit Judges.

Kathy Stamps argues that we must vacate her conviction for three counts of mail fraud because the prosecutor failed to prove beyond a reasonable doubt that the United States had a property interest in the money she stole. But the prosecutor wasn't required to prove ownership of the funds as an element of the offense. See

---

[*] This disposition isn't appropriate for publication and isn't precedent except as provided by 9th Cir. R. 36-3.

United States v. Crawford, 239 F.3d 1086, 1092–93 & n.6 (9th Cir. 2001). We therefore conclude that the government presented sufficient evidence to support the conviction.

**AFFIRMED**.